694

Leonidas C. Kylavos, Appellant, v. Tom Polichrones, etc., et al., Appellees.

Gen. No. 43,061.

Heard in the second division, first district, this court at the April term, 1944; opinion filed April 19, 1945; released for publication May 2, 1945. Alfred M. Loeser and Peter S. Sarelas, for appellant; Ross, Berchem & Schwantes, for appellees. Opinion by JUSTICE FRIEND. Not to be published in full.